FLATBUSH WATER WORKS COMPANY, Respondent, *v.* THE CITY OF NEW YORK et al., Appellants, Impleaded with Another.

*Appeal — unanimous affirmance — appeal without permission dismissed.*

*Flatbush Water Works Co.* v. *City of New York,* 220 App. Div. 784, appeal dismissed.

(Argued November 21, 1927; decided November 29, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 6, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that leave to appeal had not been granted.

*Thomas W. Maires* for motion.

*George P. Nicholson, Corporation Counsel (J. Joseph Lilly* of counsel), opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.